# Exhibit 2

| US10653736B2 | 600 mg CBD Cream + CBG Pain Relief Ointment ("Accused Product") |
|---|---|
| 1. A topical formulation, consisting essentially of: | The accused product is a topical formulation (e.g., Relief Ointment).<br><br>As shown below, the accused product is a Pain Relief Ointment intended for topical application.<br><br>https://purekana.com/products/3-4oz-topical-cbd-ointment-600mg-cbd/ |

| | |
|---|---|
| | **Please note:** Our topicals formula has been updated with more natural ingredients, resulting in a slight shift in color from the pure white color you may be used to. This shift in color is entirely normal and a result of the natural ingredients used in our product formulation.<br><br>https://purekana.com/products/3-4oz-topical-cbd-ointment-600mg-cbd/ |
| an extract of *Cannabis sativa* or *Cannabis indica*; | The accused product consists of an extract of a Cannabis sativa or Cannabis indica (e.g., broad-spectrum Hemp plant).<br><br>As shown below, the accused product is a pain-relief ointment formulation which contain 600mg of CBD derived from the broad-spectrum hemp plant. Hemp is the common name for the Cannabis sativa. |



https://purekana.com/wp-content/uploads/2019/05/pk-ointment-pain-relief-600-mg-label-min.png

| | |
|---|---|
| |   https://npgsweb.ars-grin.gov/gringlobal/taxon/taxonomydetail?id=8862 |
| at least one compound selected from the group consisting of menthol, resorcinol, and phenol, present in an amount of | The accused product contains at least one compound selected from the group consisting of menthol, resorcinol, and phenol, present in an amount of at least 0.1 wt % in the topical formulation.  As shown below, the accused product contains 4% menthol as an active ingredient which is more than 0.1 wt % in the topical formulation. |

| | |
|---|---|
| at least 0.1 wt % in the topical formulation, | <br>https://purekana.com/wp-content/uploads/2019/05/pk-ointment-pain-relief-600-mg-label-min.png |
| wherein a concentration of at least one component selected from the group consisting of tetrahydrocannabinol and | The accused product has concentration of at least one component selected from the group consisting of tetrahydrocannabinol and cannabidiol in the topical formulation greater than 2 milligrams per kilogram.<br><br>As shown below, the accused product contains 600 mg of cannabidiol (CBD) which is greater than 2 milligrams per kilogram. (Total volume of formulation is 100 ml) |

| | |
|---|---|
| cannabidiol in the topical formulation is greater than 2 milligrams per kilogram, and | <br>https://purekana.com/wp-content/uploads/2019/05/pk-ointment-pain-relief-600-mg-label-min.png |

| | | |
|---|---|---|
| | <br>https://purekana.com/wp-content/uploads/2019/05/pk-ointment-pain-relief-600-mg-min.png | |
| wherein the topical | The accused product is obtained by dispersing the extract of *Cannabis sativa* or *Cannabis indica (e.g.,* broad-spectrum Hemp plant) in a water-in-oil emulsion, an oil-in-water emulsion, a | |

| | |
|---|---|
| formulation is obtained by dispersing the extract of *Cannabis sativa* or *Cannabis indica* in a water-in-oil emulsion, an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base. | wax-in-oil base, or an oil-in-wax base (e.g., ointments). The accused product is a topical ointment formulation which contain extract from the broad-spectrum Hemp plant dispersed in an ointment base. |



https://purekana.com/wp-content/uploads/2019/05/pk-ointment-pain-relief-600-mg-min.png

Shown below is the definition of Ointment and types of bases in respect of which it is formed. Since Ointments contain less than 20 percent of water, its base is of water-in-oil emulsion type.

| | |
|---|---|
| | **Ointments**<br><br>Ointments are semisolids intended for external application to the skin or mucous membranes. They usually contain less than 20% water and volatiles and more than 50% hydrocarbons, waxes, or polyols as the vehicle. Ointment bases recognized for use as vehicles fall into four general classes: hydrocarbon bases, absorption bases, water-removable bases, and water-soluble bases. Each therapeutic ointment possesses as its base one of these four general classes.<br><br>**Hydrocarbon Bases**—Hydrocarbon bases, known also as "oleaginous ointment bases," are represented by White Petrolatum and White Ointment (both *USP*). Only small amounts of an aqueous component can be incorporated into these bases. Hydrocarbon bases serve to keep medicaments in prolonged contact with the skin and act as occlusive dressings. These bases are used chiefly for their emollient effects and are difficult to wash off. They do not "dry out" or change noticeably on aging.<br><br>**Absorption Bases**—This class of bases may be divided into two groups: the first consists of bases that permit the incorporation of aqueous solutions with the formation of a water-in-oil emulsion (e.g., Hydrophilic Petrolatum and Lanolin, both *USP*), and the second group consists of water-in-oil emulsions that permit the incorporation of additional quantities of aqueous solutions (Lanolin, *USP*). Absorption bases also are useful as emollients.<br><br>http://www.triphasepharmasolutions.com/Resources/USP%20Topical%20and%20Transdermal%20Products.pdf |

**Water-removable Bases**—Water-removable bases are oil-in-water emulsions (e.g., Hydrophilic Ointment, *USP*), and are more correctly called "creams" (see Creams, above). They also are described as "water-washable" because they may be readily washed from the skin or clothing with water, an attribute that makes them more acceptable for cosmetic purposes. Some medicaments may be more effective in these bases than in hydrocarbon bases. Other advantages of the water-removable bases are that they may be diluted with water and that they favor the absorption of serous discharges in dermatological conditions.

**Water-soluble Bases**—This group of so-called "greaseless ointment bases" comprises water-soluble constituents. Polyethylene Glycol Ointment, *NF* is the only pharmacopeial preparation in this group. Bases of this type offer many of the advantages of the water-removable bases and, in addition, contain no water-insoluble substances such as petrolatum, anhydrous lanolin, or waxes. They are more correctly called Gels (see Gels, above).

http://www.triphasepharmasolutions.com/Resources/USP%20Topical%20and%20Transdermal%20Products.pdf