# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Metronome LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Purekana, LLC,**<br><br>    Defendant. | Case No. 1:25-cv-00284-CFC<br><br>Patent Case<br><br>Jury Trial Demanded |

### PLAINTIFF'S RESPONSE TO ORDER FOR STATUS REPORT AND FOR EXTENSION OF TIME UNDER FED. R. CIV. P. 4(m)

Plaintiff Metronome LLC ("Plaintiff"), by and through its counsel, hereby responds to this Court's order dated June 24, 2025, as follows:

1. Plaintiff filed its Complaint against Defendant Purekana, LLC ("Defendant") on March 10, 2025 (D.E. 1).

2. Defendant was served on March 17, 2025, on its Registered Agent (D.E. 7).

3. As of today, Defendant has not appeared or contacted Plaintiff's counsel.

4. On June 24, 2025, this Court entered an Order directing Plaintiff to file a status report.

5. Because Defendant has not reached out to Plaintiff's counsel, Plaintiff

intends to promptly seek an alternative service on Defendant's headquarters at 6710 N Scottsdale Rd, Suite 240, Scottsdale, Arizona 85253.

WHEREFORE, Plaintiff Metronome LLC respectfully requests that this Court grant it an extension of thirty (30) days, until July 24, 2025, to serve Defendant Purekana, LLC's headquarters.

Date: June 24, 2025

Respectfully submitted,

/s/ Antranig Garibian
Antranig Garibian, Esquire
DE Bar No. 4962
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
issac@rabilaw.com

**Attorneys for Plaintiff**
**AttestWave LLC**

**SO ORDERED**, this _____ day of _____, 2025.

_____
**The Honorable Colm F. Connolly**
**Chief, United States District Court Judge**